9/29/06 4:29PM

FORM B5(10/05)

# FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Woodland Harbor Holdings, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>20-1249570 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o Stage Development Company, LLC<br>303 W. Madison Street<br>Suite 1800<br>Chicago, IL 60606 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Van Buren County, MI

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Real Estate Development**

TYPE OF DEBTOR
☐ Individual         ☐ Stockbroker         ☐ Clearing Bank
☐ Partnership        ☐ Commodity Broker    ☐ Health Care Business
☐ Corporation        ☐ Railroad
■ Other: **Limited Liability Company**

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

9/29/06 4:29PM

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

Name of Debtor: **Woodland Harbor Holdings, LLC**
Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ [signature]
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Connan, Inc.**
Date Signed: **September 29, 2006**

Name & Mailing Address of Individual Signing in Representative Capacity:
**Wade Slagh
Connan, Inc.
160 West Washington
Zeeland, MI 49464**

X /s/ [signature]
Signature of Attorney — **September 29, 2006**
**Timothy W. Brink**
Name of Attorney Firm (If any): **Lord Bissell & Brook LLP**
Address: **111 S. Wacker Drive, Chicago, IL 60606**
Telephone No.: **312-443-1832**

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Driesenga & Associates, Inc.**
Date Signed: **September 29, 2006**

Name & Mailing Address of Individual Signing in Representative Capacity:
**Justin Himebaugh
Driesenga & Associates, Inc.
455 E. 8th Street
Holland, MI 49423**

X _____ **September 29, 2006**
Signature of Attorney
**Timothy W. Brink**
Name of Attorney Firm (If any): **Lord Bissell & Brook LLP**
Address: **111 S. Wacker Drive, Chicago, IL 60606**
Telephone No.: **312-443-1832**

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner: _____
Date Signed: _____

Name & Mailing Address of Individual Signing in Representative Capacity:

X _____ **September 29, 2006**
Signature of Attorney
**Timothy W. Brink**
Name of Attorney Firm (If any): **Lord Bissell & Brook LLP**
Address: **111 S. Wacker Drive, Chicago, IL 60606**
Telephone No.: **312-443-1832**

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Connan, Inc.<br>Wade Slagh<br>160 West Washington<br>Zeeland, MI 49464 | Secured | Not less than 1,025,976.49 |
| Driesenga & Associates, Inc.<br>Justin Himebaugh<br>455 W. 8th Street<br>Suite 100<br>Holland, MI 49423 | Secured | 51,656.35 |
| | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_3_ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

9/29/06 4:29PM

Name of Debtor __Woodland Harbor Holdings, LLC__

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Connan, Inc.**                    **September 29, 2006**
Name of Petitioner                  Date Signed

Name & Mailing          Wade Slagh
Address of Individual   Connan, Inc.
Signing in Representative  160 West Washington
Capacity                Zeeland, MI 49464

X _Justin B. HM, Controller_
Signature of Petitioner or Representative (State title)

**Driesenga & Associates, Inc.**    **September 29, 2006**
Name of Petitioner                  Date Signed

Name & Mailing          Justin Himebaugh
Address of Individual   Driesenga & Associates, Inc.
Signing in Representative  455 E. 8th Street
Capacity                Holland, MI 49423

X_____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner                  Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X_____  **September 29, 2006**
Signature of Attorney                Date

**Timothy W. Brink**
Name of Attorney Firm (If any)

**Lord Bissell & Brook LLP**
**111 S. Wacker Drive**
**Chicago, IL 60606**
Address
Telephone No. __312-443-1832__

X_____  **September 29, 2006**
Signature of Attorney                Date

**Timothy W. Brink**
Name of Attorney Firm (If any)

**Lord Bissell & Brook LLP**
**111 S. Wacker Drive**
**Chicago, IL 60606**
Address
Telephone No. __312-443-1832__

X_____
Signature of Attorney                Date

_____
Name of Attorney Firm (If any)

_____
Address
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Connan, Inc.<br>Wade Slagh<br>160 West Washington<br>Zeeland, MI 49464 | Secured | Not less than<br>1,025,976.49 |
| Driesenga & Associates, Inc.<br>Justin Himebaugh<br>455 W. 8th Street<br>Suite 100<br>Holland, MI 49423 | Secured | 51,656.35 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|

___0___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

10/02/06 9:40AM

OFFICIAL FORM 5 - Involuntary Petition - Page 2
(10/05)

Name of Debtor __Woodland Harbor Holdings, LLC__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>__Connan, Inc.__                    October 2, 2006<br>Name of Petitioner                       Date Signed<br><br>Name & Mailing        Wade Slagh<br>Address of Individual  Connan, Inc.<br>Signing in Representative 160 West Washington<br>Capacity               Zeeland, MI 49464 | X_____   October 2, 2006<br>Signature of Attorney                    Date<br><br>__Timothy W. Brink__<br>Name of Attorney Firm (If any)<br><br>__Lord Bissell & Brook LLP__<br>__111 S. Wacker Drive__<br>__Chicago, IL 60606__<br>Address<br>Telephone No. __312-443-1832__ |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>__Driesenga & Associates, Inc.__       October 2, 2006<br>Name of Petitioner                       Date Signed<br><br>Name & Mailing        Justin Himebaugh<br>Address of Individual  Driesenga & Associates, Inc.<br>Signing in Representative 455 E. 8th Street<br>Capacity               Holland, MI 49423 | X_____   October 2, 2006<br>Signature of Attorney                    Date<br><br>__Timothy W. Brink__<br>Name of Attorney Firm (If any)<br><br>__Lord Bissell & Brook LLP__<br>__111 S. Wacker Drive__<br>__Chicago, IL 60606__<br>Address<br>Telephone No. __312-443-1832__ |
| X_CRP X LP by [signature]_____<br>Signature of Petitioner or Representative (State title)<br><br>CRP X, L.P.                          October 2, 2006<br>Name of Petitioner                       Date Signed<br><br>Name & Mailing        Camelot Capital, LLC<br>Address of Individual  303 W. Madison Street<br>Signing in Representative Suite 1800<br>Capacity               Chicago, IL 60606 | X_____<br>Signature of Attorney                    Date<br><br>Timothy W. Brink<br>Name of Attorney Firm (If any)<br>Lord Bissell & Brook LLP<br>111 S. Wacker Drive<br>Chicago, IL  60606<br>Address<br>Telephone No. __312-443-1832__ |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Connan, Inc.<br>Wade Slagh<br>160 West Washington<br>Zeeland, MI 49464 | Secured | 1,025,976.49 |
| Driesenga & Associates, Inc.<br>Justin Himebaugh<br>455 W. 8th Street<br>Suite 100<br>Holland, MI 49423 | Secured | 51,656.35 |
| CRP X, L.P.<br>Camelot Capital, LLC<br>303 W. Madison Street<br>Suite 1800<br>Chicago, IL 60606 | Unsecured | 36,781.20 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br><br>1,114,414.04 |

_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

The claims of Connan, Inc. and Driesenga & Associates, Inc. are secured by liens on the Debtor's property pursuant to Mich. Comp. Laws § 570.1101 *et. seq.*. Connan, Inc. and Driesenga & Associates, Inc. do not hereby waive their security with respect to their claims against the Debtor.