UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WOODLAND HARBOR HOLDINGS, LLC | § | Case No. 06-12479 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____.  The case was pending for ____ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL SECURED CLAIMS** | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| POSTMASTER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ARNSTEIN & LEHR, LLP | | | | | |
| GESAS, MICHAEL L. | | | | | |
| GESAS, PILATI, GESAS & GOLIN, LTD. | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| GESAS, PILATI, GESAS & GOLIN, LTD. | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR L | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| MICHAEL GESAS AND ARNSTEIN & LEHR, | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BUTLER, RUBIN, SALTARELLI & BOYD, L | | | | | |
| ENGLISH, JOSEPH | | | | | |
| FULL LINE PRINTING | | | | | |
| RECKLEY ASSOCIATES | | | | | |
| SONNENSCHEIN NATH & ROSENTHAL, LLP | | | | | |
| SONNENSCHEIN NATH & ROSENTHAL, LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SONNENSCHEIN, NATH & ROSENTHAL | | | | | |
| WARNER, NORCROSS & JUDD | | | | | |
| STATE OF MICHIGAN | | | | | |
| STAGE DEVELOPMENT COMPANY, LLC | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 06-12479 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Phillip D. Levey |
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 06/26/07 (c) |
| | | | | 341(a) Meeting Date: | 07/18/07 |
| For Period Ending: | 01/18/10 | | | Claims Bar Date: | 10/24/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8,524.79 | Unknown |
| 2. Quarterly Fees Refund (u) | Unknown | 4,250.00 | | 4,250.00 | FA |
| 3. Marina, Kentucky Ave., South Haven, MI | 1,800,000.00 | Unknown | | 439,994.79 | FA |
| 4. Checking Account-Austin Bank | 4,537.00 | Unknown | | 0.00 | Unknown |
| 5. Checking Account-Austin Bank | 39,447.00 | Unknown | | 0.00 | Unknown |
| 6. Property Tax Escrow Account-Austin Bank | 47,412.00 | Unknown | | 0.00 | Unknown |
| 7. Consumer Credit Union, South Haven, MI | 4,209.00 | Unknown | | 0.00 | Unknown |
| 8. Account Receivable-Lincoln Park Property Managemen | 2,500.00 | Unknown | | 0.00 | Unknown |
| 9. Marina License | Unknown | Unknown | | 0.00 | Unknown |
| 10. Push Boat | Unknown | Unknown | | 0.00 | Unknown |
| 11. Office Equipment, Furniture, Office Furnishings | Unknown | Unknown | | 0.00 | Unknown |
| 12. Picnic Table, Chairs, Dock Boxes&Pool Equip't | Unknown | Unknown | | 0.00 | Unknown |
| 13. Liability Insurance Policies | Unknown | Unknown | DA | 0.00 | 0.00 |
| 14. Cause of Action Against Edward Salomon | Unknown | Unknown | | 50,000.00 | Unknown |

TOTALS (Excluding Unknown Values)  $1,898,105.00   $4,250.00   $502,769.58   Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is pursuing an auction sale of Asset #14 consisting of all causes of action against Edward Salomon.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1                                                                                                                               Ver: 15.06
**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 06-12479 -CAD | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2300 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9570 | | | |
| For Period Ending: | 01/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/11/07 | 3 | Woodland Harbor Holdings, LLC | Turnover by Debtor | 1110-000 | 439,994.79 | | 439,994.79 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 3.000 | 1270-000 | 576.45 | | 440,571.24 |
| 08/01/07 | 000101 | Michael L. Gesas | Retainer Per Order of July 25, 2007 | 3210-000 | | 14,000.00 | 426,571.24 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 3.000 | 1270-000 | 1,088.03 | | 427,659.27 |
| 09/04/07 | 2 | United States Treasury | Quarterly Fees Refund | 1290-000 | 4,250.00 | | 431,909.27 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 3.000 | 1270-000 | 1,062.88 | | 432,972.15 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 3.000 | 1270-000 | 1,103.20 | | 434,075.35 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 2.100 | 1270-000 | 749.23 | | 434,824.58 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.900 | 1270-000 | 739.80 | | 435,564.38 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 690.30 | | 436,254.68 |
| 02/01/08 | 1 | Woodland Harbor Holdings, LLC | Interest on DIP Account | 1270-000 | 348.07 | | 436,602.75 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 345.84 | | 436,948.59 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 303.24 | | 437,251.83 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 215.04 | | 437,466.87 |
| 05/09/08 | 000102 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | BOND # 016026455 Term 2/1/08 - 2/1/09 | 2300-000 | | 451.21 | 437,015.66 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 185.15 | | 437,200.81 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 179.18 | | 437,379.99 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 185.23 | | 437,565.22 |
| 08/11/08 | 000103 | Michael Gesas and Arnstein & Lehr LLP | Trustee Attorney Fees May, 2008 - Fees - $11,446.75 June, 2008 - Fees - $1,681.25 | 3210-000 | | 13,128.00 | 424,437.22 |
| 08/11/08 | 000104 | Michael Gesas and Arnstein & Lehr LLP | Trustee Attorney Expenses May, 2008 - Expenses - $62.83 June, 2008 - Expenses - $95.53 | 3220-000 | | 158.36 | 424,278.86 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 182.76 | | 424,461.62 |
| | | | Page Subtotals | | 452,199.19 | 27,737.57 | |

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12479 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2300 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9570 | | | |
| For Period Ending: | 01/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 173.96 | | 424,635.58 |
| 10/14/08 | 000105 | State of Michigan | 2007 State of Michigan Income Tax | 6820-000 | | 13,021.00 | 411,614.58 |
| 10/14/08 | 000106 | Postmaster | Postage - Tax Returns | 2200-000 | | 28.35 | 411,586.23 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 152.17 | | 411,738.40 |
| * 11/21/08 | 000107 | Arnstein & Lehr LLP | Trustee Attorney Fees-Balance Through August 31, 2008 | 3210-003 | | 3,690.00 | 408,048.40 |
| * 11/21/08 | 000108 | Arnstein & Lehr, LLP | Trustee Attorney Expenses-Balance Through August 31, 2008 | 3210-003 | | 86.95 | 407,961.45 |
| * 11/21/08 | 000108 | Arnstein & Lehr, LLP | VOID  Check to be drawn on checking account instead. | 3210-003 | | -86.95 | 408,048.40 |
| * 11/21/08 | 000109 | Arnstein & Lehr, LLP | Trustee Attorney Fees- September, 2008 | 3210-003 | | 13,511.50 | 394,536.90 |
| * 11/24/08 | 000107 | Arnstein & Lehr LLP | VOID  Check to be drawn on checking account instead. | 3210-003 | | -3,690.00 | 398,226.90 |
| * 11/24/08 | 000109 | Arnstein & Lehr, LLP | VOID  Check to be drawn on checking account instead. | 3210-003 | | -13,511.50 | 411,738.40 |
| 11/24/08 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 17,500.00 | 394,238.40 |
| 11/26/08 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 3,500.00 | 390,738.40 |
| 11/28/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 133.66 | | 390,872.06 |
| 12/15/08 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 9,000.00 | 381,872.06 |
| 12/22/08 | 14 | Edward S. Salomon | Auction Deposit | 1290-000 | 50,000.00 | | 431,872.06 |
| 12/30/08 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 10,500.00 | 421,372.06 |
| 12/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 76.85 | | 421,448.91 |
| 12/31/08 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 95,000.00 | 326,448.91 |
| 01/30/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 8.29 | | 326,457.20 |
| 01/30/09 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 14,100.00 | 312,357.20 |
| 02/22/09 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 8,900.00 | 303,457.20 |
| 02/27/09 | 1 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 7.14 | | 303,464.34 |
| 03/03/09 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 88,000.00 | 215,464.34 |
| 03/26/09 | 000110 | MICHAEL GESAS AND ARNSTEIN & LEHR LLP | ATTORNEY FEES | | | 3,793.58 | 211,670.76 |

Page Subtotals         50,552.07      263,342.93

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12479 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2300  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9570 | | |
| For Period Ending: | 01/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees             3,682.75 | 3210-000 | | | 211,670.76 |
| | | | Expenses         110.83 | 3220-000 | | | 211,670.76 |
| 03/26/09 | | Transfer to Acct #*******3289 | Bank Funds Transfer | 9999-000 | | 3,000.00 | 208,670.76 |
| 03/31/09 | 1 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 4.05 | | 208,674.81 |
| 04/19/09 | 000111 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE'S BOND<br>BOND NUMBER 016026455 | 2300-000 | | 493.67 | 208,181.14 |
| 04/30/09 | 1 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 8.57 | | 208,189.71 |
| 05/21/09 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 5.70 | | 208,195.41 |
| 05/21/09 | | Transfer to Acct #*******3289 | Final Posting Transfer | 9999-000 | | 208,195.41 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 502,769.58 | 502,769.58 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 457,695.41 | |
| Subtotal | 502,769.58 | 45,074.17 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 502,769.58 | 45,074.17 | |

Page Subtotals        18.32        211,689.08

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 11)

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-12479 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3289 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9570 | | | |
| For Period Ending: | 01/18/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/24/08 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 17,500.00 | | 17,500.00 |
| 11/24/08 | 000101 | Michael Gesas and Arnstein & Lehr, LLP | Attorney Fees - August, 2008 per Order. | 3210-000 | | 3,690.00 | 13,810.00 |
| 11/24/08 | 000102 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Expenses - August, 2008 per Order. | 3220-000 | | 86.95 | 13,723.05 |
| 11/24/08 | 000103 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Fees - September, 2008 per Order. | 3210-000 | | 13,511.50 | 211.55 |
| 11/24/08 | 000104 | Michael Gesas and Arnstein & Lehr, LLC | Attorney Expenses - September, 2008 per Order. | 3220-000 | | 210.36 | 1.19 |
| 11/26/08 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 3,500.00 | | 3,501.19 |
| 11/26/08 | 000105 | Gesas, Pilati, Gesas & Golin, Ltd. | Attorney Fees per Order 11-13-08. | 3210-000 | | 2,500.00 | 1,001.19 |
| 11/26/08 | 000106 | Gesas, Pilati, Gesas & Golin, Ltd. | Attorney Expenses per Order 11-13-08. | 3220-000 | | 149.00 | 852.19 |
| 12/15/08 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 9,000.00 | | 9,852.19 |
| 12/15/08 | 000107 | MICHAEL GESAS AND ARNSTEIN & LEHR, LLP | INTERIM TRUSTEE ATTORNEY FEES | 3210-000 | | 8,383.00 | 1,469.19 |
| 12/15/08 | 000108 | MICHAEL GESAS AND ARNSTEIN & LEHR, LLP | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 701.25 | 767.94 |
| 12/30/08 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 10,500.00 | | 11,267.94 |
| 12/30/08 | 000109 | Michael Gesas and Arnstein & Lehr | TRUSTEE'S ATTORNEY'S FEES November, 2008 | 3210-000 | | 10,301.00 | 966.94 |
| 12/30/08 | 000110 | Michael Gesas and Arnstein & Lehr | Trustee's Attorney's Expenses November, 2008 | 3220-000 | | 219.24 | 747.70 |
| 12/31/08 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 95,000.00 | | 95,747.70 |
| 12/31/08 | 000111 | Sonnenschein Nath & Rosenthal, LLP | ATTORNEY FEES Debtor's Chapter 11 Attorney Fees Pursuant to Agreed Order | 6210-000 | | 80,000.00 | 15,747.70 |
| 12/31/08 | 000112 | Butler, Rubin, Saltarelli & Boyd, LLP | ATTORNEY FEES Debtor's Chapter 11 Attorney Fees Pursuant to Agreed Order | 6210-000 | | 15,079.28 | 668.42 |
| 01/30/09 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 14,100.00 | | 14,768.42 |
| 01/30/09 | 000113 | Michael Gesas and Arnstein & Lehr, LLP | ATTORNEY FEES | 3210-000 | | 14,000.25 | 768.17 |
| 01/30/09 | 000114 | Michael Gesas and Arnstein & Lehr, LLP | ATTORNEY EXPENSES | 3220-000 | | 91.48 | 676.69 |
| 02/22/09 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 8,900.00 | | 9,576.69 |
| 02/22/09 | 000115 | MICHAEL GESAS AND ARNSTEIN & LEHR LLP | ATTORNEY FEES | 3210-000 | | 8,467.00 | 1,109.69 |
| | | | Page Subtotals | | 158,500.00 | 157,390.31 | |

Ver: 15.06

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12479 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3289  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9570 | | |
| For Period Ending: | 01/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/22/09 | 000116 | MICHAEL GESAS AND ARNSTEIN & LEHR LLP | Attorney Fees 1/1/09 - 1/31/09 ATTORNEY EXPENSES Attorney Expenses 1/1/09 - 1/31/09 | 3220-000 | | 415.18 | 694.51 |
| 03/03/09 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 88,000.00 | | 88,694.51 |
| 03/03/09 | 000117 | Sonnenschein, Nath & Rosenthal | Chapter 11 Attorney Fees | 6210-000 | | 54,622.56 | 34,071.95 |
| 03/03/09 | 000118 | Reckley Associates | Gift of Chapter 11 Attorney Fees | 6210-000 | | 8,100.00 | 25,971.95 |
| 03/03/09 | 000119 | Warner, Norcross & Judd | Gift of Chapter 11 Attorney Fees | 6210-000 | | 7,273.50 | 18,698.45 |
| 03/03/09 | 000120 | Full Line Printing | Gift of Chapter 11 Attorney Fees | 6210-000 | | 856.44 | 17,842.01 |
| * 03/03/09 | 000121 | Great Lakes Interiors | Gift of Chapter 11 Attorney Fees | 6210-004 | | 647.50 | 17,194.51 |
| 03/03/09 | 000122 | Joseph English | Gift of Chapter 11 Attorney Fees | 6210-000 | | 16,000.00 | 1,194.51 |
| 03/26/09 | | Transfer from Acct #*******2300 | Bank Funds Transfer | 9999-000 | 3,000.00 | | 4,194.51 |
| * 04/16/09 | 000121 | Great Lakes Interiors | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 6210-004 | | -647.50 | 4,842.01 |
| 05/21/09 | | Transfer from Acct #*******2300 | Transfer In From MMA Account | 9999-000 | 208,195.41 | | 213,037.42 |
| 05/21/09 | 000123 | Phillip D. Levey 2722 North Racine Avenue Chicago, IL  60614 | Trustee Fees Per Order | | | 50,913.59 | 162,123.83 |
| | | | Fees        50,713.59 | 2100-000 | | | 162,123.83 |
| | | | Expenses        200.00 | 2200-000 | | | 162,123.83 |
| 05/21/09 | 000124 | Stage Development Company, LLC | Dividend Per Order re Settlement | 6990-000 | | 100,000.00 | 62,123.83 |
| 05/21/09 | 000125 | Arnstein & Lehr, LLP | Attorney Per Order re Settlement | 3210-000 | | 24,000.00 | 38,123.83 |
| 11/19/09 | 000126 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE CHICAGO, IL  60601 | TRUSTEE'S ACCOUNTANTS' FEES PAID PURSUANT TO ORDER ENTERED 4/28/09. | 3410-000 | | 18,338.92 | 19,784.91 |
| 12/23/09 | 000127 | SONNENSCHEIN NATH & ROSENTHAL, LLP | Chapter 11 Attorney Fees | 6210-000 | | 19,784.91 | 0.00 |

Page Subtotals          299,195.41          300,305.10

Ver: 15.06

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-12479 -CAD | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | WOODLAND HARBOR HOLDINGS, LLC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3289 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9570 | | |
| For Period Ending: | 01/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 457,695.41 | 457,695.41 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 457,695.41 | 0.00 | |
| | | | Subtotal | | 0.00 | 457,695.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 457,695.41 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********2300 | 502,769.58 | 45,074.17 | 0.00 |
| Checking Account (Non-Interest Earn - ********3289 | 0.00 | 457,695.41 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 502,769.58 | 502,769.58 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 15.06

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*